COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-332-CV

 

BONDEX
INTERNATIONAL, INC.                                             APPELLANT

 

                                                   V.

 

CHRISTINE
LOWERY, INDIVIDUALLY                                       APPELLEES

AND AS PERSONAL
REPRESENTATIVE 

OF THE HEIRS AND ESTATE
OF FRANK

LOWERY,
DECEASED                                                                           

                                                                                                        

                                               ----------

                  FROM
THE 153RD COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered the AJoint
Motion To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the
appellant, for which let execution issue. 
See Tex. R. App. P. 43.4.

PER CURIAM

PANEL D:  GARDNER, WALKER, and MCCOY, JJ.  

 








DELIVERED: January 25,
2007 











[1]See Tex. R. App. P. 47.4.